UNITED STATES DISTRICT COURT
NORTHERN DISTRIC
WESTERN DI   07 CR 50070
Judge Kapala
Magistrate Judge Mahoney

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No._____ |
| vs. ) | Violation: Title 18, United States Code, |
| ) | Section 844(i) |
| SAMER J. ALJABARI, ) | |
| MATTHEW R. MCMEEKAN ) | |
| CHRISTOPHER R. TAYLOR ) | |

The DECEMBER 2006 GRAND JURY charges:

On or about October 4, 2007, at Oregon, in the Northern District of Illinois, Western Division, and elsewhere,

SAMER J. ALJABARI,
MATTHEW R. MCMEEKAN, and
CHRISTOPHER R. TAYLOR,

defendants herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property located at 210 South Fourth Street, Oregon, Illinois, which was then being used in activities affecting interstate commerce;

In violation of Title 18, United States Code, Sections 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 07 cr 50070

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

SAMER J. ALJABARI, MATTHEW R. MCKEEKAN, AND CHRISTOPHER R. TAYLOR

INDICTMENT

Violation(s): Title 18, United States Code, Section 844(i)

A true bill.

_____
Foreman

Filed in open court this ____ day of November, A.D. 2007

_____
Clerk

Bail: $

