# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 2 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. MATTHEW MCMEEKAN | | |

**DOCKET ENTRY TEXT:**

Enter protective order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50070    Document 8    Filed 12/19/2007    Page 1 of 1

07CR50070 - 2 USA vs. MATTHEW MCMEEKAN                Page 1 of 1