AO 442 (Rev.5/93 WP) Warrant for Arrest                    AUSA JOSEPH C. PEDERSEN, (815)987-4444

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMER S. ALJABARI

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50070 -1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

in violation of Title __18__, United States Code, Section(s) __844(i)__

**FILED**
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | DANIEL IVANUCH S/A ATF | [Signature] Daniel Ivanuch |
| DATE OF ARREST 12/19/07 | | |

AO 442 (Rev.5/93 WP) Warrant for Arrest    AUSA Joseph C. Pedersen, (815)987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW R. MCKEEKAN

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50070 -2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

in violation of Title __18__, United States Code, Section(s) __844(i)__

FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/19/07 | DAN IVANUCH S/A ATF | Daniel Ivanuch |

AO 442 (Rev.5/93 WP) Warrant for Arrest                    AUSA Joseph C. Pedersen, (815)987-4444

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          **WARRANT FOR ARREST**

CHRISTOPHER R. TAYLOR            CASE NUMBER: 07 CR 50070 - 3

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

in violation of Title ___18___, United States Code, Section(s) __844(i)__

FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/19/07 | DANIEL IVANCICH S/A ATF | Daniel Ivancich |