# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ VS. _____

FILED AT JAN 0 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): MATTHEW R. MCMEEKAN

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: 07 CR 50070-2
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: IS MEMBER OF NATIONAL GUARD
- IF YES, how much do you earn per month? $ 180.00
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? N/A ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 5.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | CELL PHONE | $ | $ 80.00 |
| | CAR INSURANCE | $ | $ 100.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 01/04/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Matthew R. McMeekan

