## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Western Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 3:07−cr−50070
                                                       Honorable Frederick J. Kapala

Samer J Aljabari, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney as to Samer Aljabari and Matthew McMeekan :Arraignment held. Defendants enter pleas of not guilty to the superseding indictment. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.