## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 2 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. MATTHEW MCMEEKAN | | |

**DOCKET ENTRY TEXT:**

Due to the unavailability of defendant, status hearing reset for May 15, 2008 at 11:00 am.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|