# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 2 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. MATTHEW MCMEEKAN | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant transferred to Judge Kapala's calendar. Defendant's oral motion for an extension of time to July 1, 2008 to file pretrial motions is granted. USA's oral motion for the time of June 11, 2008 to and including July 1, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set before Judge Kapala for July 1, 2008 at 2:30 pm.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|