UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Western Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                                    Case No.: 3:07−cr−50070
                                                      Honorable Frederick J. Kapala
Samer J Aljabari, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

MINUTE entry before the Honorable Frederick J. Kapala as to Matthew R McMeekan: United States' agreed motion to move sentencing hearing [78] is granted. Sentencing set for October 6, 2008 is cancelled. Counsel for government to contact this court's minute clerk to reschedule sentencing hearing to a date after his co−defendant's case has been concluded. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.